IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02570-WJM-MEH

ESTATE OF MICHAEL HABAY,
WILLIAM HABAY, and
ELLEN HABAY, individually and as Co-Representatives,

    Plaintiffs,

v.

VINCENT GALLERANI, individually and in his official capacity as an officer with the City of Boulder Colorado Police Department,
DAVID KICERA, individually and in his official capacity as a sergeant with the City of Boulder Colorado Police Department,
NICHOLAS SMETZER, individually and in his official capacity as an officer with the City of Boulder Colorado Police Department,
RYAN LORD,  individually and in his official capacity as an officer with the City of Boulder Colorado Police Department,
IAN COMPTON, individually and in his official capacity as an officer with the City of Boulder Colorado Police Department,
JENNIFER PADDOCK, individually and in her official capacity as an officer with the City of Boulder Colorado Police Department,
STEVEN CAST, individually and in his official capacity as an officer with the City of Boulder Colorado Police Department,
COLLEEN WILCOX, individually and in her official capacity as an officer with the City of Boulder Colorado Police Department,
CITY OF BOULDER, COLORADO, and
UNKNOWN OFFICERS AND EMPLOYEES OF THE BOULDER COLORADO POLICE DEPARTMENT, individually and in their official capacities as officers and employees,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2016**.

    Plaintiffs' Unopposed Motion for Leave to Amend Party Defendant and Correct Caption [filed January 5, 2016; docket #13] is **granted**. The Clerk of the Court is directed to correct the caption to substitute the Defendant David Wilcox for Colleen Wilcox, as set forth above.