**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-2570-WJM-MEH

ESTATE OF MICHAEL HABAY, and
WILLIAM AND ELLEN HABAY, individually, and as Co-Representatives,

    Plaintiffs,

v.

THE CITY OF BOULDER, COLORADO, a municipality,

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
ALL CLAIMS AGAINST THE CITY OF BOULDER**

    This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice all Claims against the City of Boulder, filed April 22, 2016 (ECF No. 36). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear their own costs and expenses, including all attorney fees, in their entirety.

    Dated this 26th day of April, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge